| | |
|---|---|
| DEBRA G. STEVENS, individually and on behalf of ROBERT W. LARSON, Deceased,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., MONSANTO CO., and G.D. SEARLE, LLC,<br><br>　　　　　　Defendants. | Case No.  C 06 5734 CRB<br><br>**ORDER** |

### ORDER GRANTING PLANTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMLAINT

On __March 16__, 2007, the court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After considering the application, the court:

GRANTS Plaintiff's Unopposed Motion for Leave to File Amended Complaint and ORDERS that Plaintiffs have leave to file First Amended Complaint.

SIGNED on __March 16__, 2007.



U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer